IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RONNIE LEBLANC**                                                                                          **PLAINTIFF**

V.                                        **4:21CV00326 JM**

**SPECK CABINETS, INC.**                                                                    **DEFENDANTS**
**and ROBERT SCOTT SPECK**

**ORDER**

    Pending is the joint motion to approve settlement (Docket # 12). The Court is obligated to "ensure the attorney fees were in fact negotiated separately and without regard to the plaintiff's FLSA claim, and there was no conflict of interest between the attorney and his or her client." *Barbee v. Big River Steel, LLC.*, 927 F.3d 1024, n.1 (8th Cir. 2019). To assist the Court in this analysis, Plaintiff is directed to provide the Court with all billing records pertaining to this case. Further, the parties are directed to provide all correspondence regarding settlement so that the Court can ensure that fees and liability were negotiated separately.

    IT IS SO ORDERED this 18th day of August, 2021.

                                                                                              James M. Moody Jr.
                                                                            United States District Judge