IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RONNIE LEBLANC**                                                        **PLAINTIFF**

**VS.**                         **CASE NO. 4:21CV00326 JM**

**SPECK CABINETS INC. and**
**ROBERT SCOTT SPECK**                                    **DEFENDANTS**

## **ORDER**

Pending is the parties' joint motion for approval of settlement. (Docket #12). The settlement agreement appears fair and reasonable. Applying the lodestar method, the Court awards $1,500 in attorneys' fees and costs. Accordingly, the settlement is APPROVED. This case is dismissed WITH PREJUDICE. The Clerk is directed to close the case.

IT IS SO ORDERED this 20th day of August, 2021.

_____
James M. Moody Jr
United States District Judge